IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOX & ROACH LP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2352 |
| GERALD J. BOBEREK, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this __9th__ day of June, 2021, upon consideration of Defendants' Motion for Summary Judgment with Statement of Stipulated Material Facts (ECF No. 19), Plaintiff's Response in Opposition with Statement of Stipulated Facts and Cross-Motion for Summary Judgment (ECF No. 20), and Defendants' Reply (ECF No. 23), and Plaintiff's Response (ECF No. 24) **IT IS HEREBY ORDERED AND DECREED** that both motions are **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated June __9th__, 2021.